THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AEDIN QUINN,

Plaintiff,

v.

KING COUNTY,

Defendant.

CASE NO. C26-2191-JCC

ORDER

This matter comes before the Court on Plaintiff's Rule 60(b)(6) motion and Rule 62.1 request. (Dkt. Nos. 18, 19.) The Court construes such *pro se* filings liberally, *see Eldridge v. Block*, 832 F.2d 1132, 1137 (9th Cir. 1987), nevertheless, they must meet basic procedural requirements, including compliance with the Federal Rules of Civil Procedure. *Munoz v. United States*, 28 F.4th 973, 978 (9th Cir. 2022).

Those rules provide that a court may relieve a party from a final judgment only in narrow circumstances. *See* Fed. R. Civ. P. 60(b); *see also Valdez v. United Airlines Holdings, Inc.*, 2025 WL 1513778, slip op. at 1 (9th Cir. 2025) (articulating the burdens for such relief under Rule 60(b)(1) and (b)(6)); *Jones v. Aero/Chem Corp.*, 921 F.2d 875, 878 (9th Cir. 1990) (articulating burden under Rule 60(b)(2)). If a party seeks relief under Rule 60(b)(6), the so-called "catch-all" provision, "a party must demonstrate extraordinary circumstances which prevented or rendered him unable to prosecute his case." *Lal v. California*, 610 F.3d 518, 524 (9th Cir. 2010).

Plaintiff's motion (Dkt. No. 18) fails to meet these standards and, for this reason, is DENIED. Correspondingly, Plaintiff's request for an indicative ruling on the same motion (Dkt. No. 19) is also DENIED.

DATED this 31st day of August 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE