THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AEDIN QUINN,<br><br>Plaintiff,<br><br>v.<br><br>KING COUNTY,<br><br>Defendant. | CASE NO. C26-2191-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' renewed Rule 60(b)(6) motion (Dkt. No. 21). Based on the Court's previous order (Dkt. No. 20), disposing of Plaintiff's Rule 60(b)(6) motion (Dkt. Nos. 18, 19), there is no procedural basis for the instant motion. Thus, in light of this filing, and given Plaintiff's prior filings, (*see* Dkt. No. 10) (summarizing prior complaints filed), the Clerk shall STRIKE Plaintiff's future filings in this matter, pending disposition of Plaintiff's notice of appeal (Dkt. No. 12). If Plaintiff, nevertheless, continues to to lodge such filings, the Court will instruct the Clerk to terminate Plaintiff's e-filing privileges.

//

//

//

DATED this 1st day of September 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk